United States District Court
Southern District of Texas
**ENTERED**
January 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALFRED CHARLES MARCIANTE, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-CV-00659 |
| | § | |
| KIMCO REALTY CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On November 2, 2023, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 17. Judge Edison filed a Memorandum and Recommendation on December 28, 2023, recommending that Defendants' Motion to Dismiss for Want of Prosecution (Dkt. 19) be **GRANTED**. Dkt. 22.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 22) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Motion to Dismiss for Want of Prosecution (Dkt. 19) is **GRANTED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on January 15, 2024.

                                                GEORGE C. HANKS, JR.
                                        UNITED STATES DISTRICT JUDGE